UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
PAUL OTIS MITCHELL                                    Case No.: 10-30408-RAM
AKA PAUL MITCHELL, SR                                 Chapter 13
ANTONIA MARLENE MITCHELL
AKA ANTONIA HERNANDEZ
AKA ANTONIA RODRIGUEZ

    Debtors.

_____/

PROOF OF SERVICE

I HEREBY CERTIFY that a correct copy of the **ORDER GRANTING MOTION TO CONFIRM ABSENCE OF STAY** [D.E. 88], issued by the Court on May 14th, 2015, was furnished by U.S. Mail, First Class, and/or electronic transmission to the interested parties on the attached Matrix.

Dated this 15th day of May, 2015.

                                  Respectfully submitted,

                                  /S/ Evan S. Singer
                                  _____
                                  Evan S. Singer
                                  Fla. Bar ID: 101406
                                  Timothy D. Padgett, P.A.
                                  6267 Old Water Oak Road
                                  Suite 203
                                  Tallahassee, Florida 32312
                                  (850) 422-2520 (telephone)
                                  (850) 422-2567 (fax)
                                  ess@padgettlaw.net

MATRIX:

**Furnished by US Mail on the 15th day of May 2015.**

Debtor
Paul Otis Mitchell
6396 SW 161 PL
Miami, FL 33193

Joint Debtor
Antonia Marlene Mitchell
6396 SW 161 PL
Miami, FL 33193

**Furnished by electronic notice on the 14th day of May, 2015.**

Attorney for Debtors
Edward Freire
Laila S. Gonzalez
10647 N Kendall Drive
Miami, FL 33176

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130